**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Edward Byrd, | No. CV04-2701-PHX-NVW |
| Plaintiff, | |
| vs. | **ORDER** |
| Joseph M. Arpaio et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion/Application for Attorneys' Fees (Doc. 174). This motion includes fees claimed by Fennemore Craig, P.C. (trial counsel) and by Mr. Jarrett Green (counsel on appeal). Defendants and Fennemore Craig have since settled their fees dispute, mooting that portion of the motion. (Doc. 179.) Mr. Green continues to claim his fees.

In the Ninth Circuit, a party/attorney seeking fees incurred on appeal must first move the appellate court for those fees. *Cummings v. Connell*, 402 F.3d 936, 948 (9th Cir. 2005); *Gametech Int'l, Inc. v. Trend Gaming Sys., L.L.C.*, 380 F. Supp. 2d 1084, 1093–94 (D. Ariz. 2005); *Nader v. Brewer*, No. CV-04-1699-PHX-FJM, 2009 WL 811450, at *1 (D. Ariz. Mar. 27, 2009). Such a motion was required within 14 days of the mandate. Ninth Circuit Rule 39-1.6(a). The Ninth Circuit, in its discretion, could then refer the motion to the district court. *Id.* 39-1.8.

This Court's review of the Ninth Circuit's docket shows that Byrd filed no request for fees incurred on appeal, either as part of his briefs or separately. The mandate is also silent about fees.

1    Apart from this procedural impediment, Mr. Green would be entitled to a

2  substantial award of fees.  But this Court may not make such an award unless the Court

3  of Appeals modifies its mandate to allow consideration of such a request.

4           IT IS THEREFORE ORDERED that Plaintiff's Motion/Application for Attorneys'

5  Fees (Doc. 174) is DENIED.

6           Dated: December 30, 2011.

7

8

9    _____

10                           Neil V. Wake
                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28